IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| JENNIFER L. WOLFE, | Civil No. 3:09-CV-5437-JRC |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 28, 2009, to file Defendant's responsive brief;

- Plaintiff shall have up to and including January 11, 2010, to file an optional reply brief; and

- Oral argument shall be requested by January 18, 2010.

DATED this 25th day of November 2009.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1　　ORDER - [3:09-CV-5437-JRC]