UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER L. WOLFE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5437-JRC<br><br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits under Title II and Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will further evaluate the medical opinion evidence, including the opinions from Stephan Meharg, Ph.D., Ben Kuhner, M.D., and Alex Fisher, Ph.D. The ALJ will also reevaluate Plaintiff's subjective complaints and give further consideration to her maximum sustainable residual functional capacity. At step five, the ALJ will obtain supplemental

vocational expert testimony and will clarify Plaintiff's occupational base and determine whether she has acquired any transferable skills. Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 14th day of December 2009.

/s/ J. Richard Creatura

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE