# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JENNIFER L. WOLFE, | Civil No.  3:09-CV-5437-JRC |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order, released December 14, 2009.

DATED this 14th day of December, 2009.

_____

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE

Page 1        JUDGMENT - [3:09-CV-5437-JRC]