UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER L. WOLFE,<br><br>                Plaintiff,<br><br>                v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | CASE NO.  C09-5437JRC<br><br>ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND EXPENSES |

      This matter comes before the court on a stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act (Doc. 18).

      Having reviewed the motion and the record, the court finds the motion is properly supported.  It is hereby ordered that motion is GRANTED.  Plaintiff is awarded attorney fees in the amount of $3,167.36 and expenses in the amount of $74.44, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $362.00, pursuant to 28 U.S.C. § 1920.  The check(s) should be delivered and made payable to Plaintiff's attorney, Teal Parham, 910 12th Avenue, P.O. Box 757, Longview, Washington, 98632.

      Dated this 22nd day of March, 2010.

                                          /s/ J. Richard Creatura
                                          J. Richard Creatura
                                          United States Magistrate Judge

ORDER - 1